PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel
SATHYA OUM
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4846
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| V. LORRAINE MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-CV-2068-WBS-CKD (SS)<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening brief in this case.  In support of this request, the Commissioner respectfully states as follows:

    1.    Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

    2.    Defendant's response to Plaintiff's opening brief is currently due January 24, 2022.  Defendant has not previously requested an extension of time for this deadline.

    3.    The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawai'i, Nevada, and

Guam.

4. The Region IX Office employs 44 staff attorneys, of whom 30 are actively handling civil litigation involving the Social Security program in the eight assigned jurisdictions. Most of the attorneys who handle program litigation cases have additional responsibilities, such as litigating in other practice areas described below, acting as Jurisdictional leads, reviewing the work product of junior attorneys, conducting trainings, and participating in national workgroups. In addition, because of attorneys taking unexpected leave or resigning, the Region IX Office has had to re-assign dozens of cases and substitute in new counsel who have had to absorb these re-assigned cases into their existing caseloads.

5. As of January 13, 2022, the Region IX Office has 344 district court briefs due in the next thirty days in the jurisdictions it handles. In addition, the Region IX Office has 12 appellate cases pending for briefing.

6. In addition to this "program" litigation, the 30 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads. The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

7. The undersigned attorney was unable to work for two weeks due to illness. She has 25 briefs due in district court cases over the next sixty days and has to prioritize reassigned cases with imminent deadlines that have already been extended.

8. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of January 24, 2022. Therefore, Defendant seeks an extension of 60 days, until March 25, 2022 to respond to Plaintiff's opening brief.

9. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until March 25, 2022, to file her opposition to Plaintiff's opening brief.

Respectfully submitted,

DATE: January 24, 2022          /s/ *Barbara Marie Rizzo*
                                BARBARA MARIE RIZZO
                                Attorney for Plaintiff
                                (as approved via email on 1/24/22)

                                PHILLIP A. TALBERT
                                Acting United States Attorney

DATE: January 24, 2022    By    s/ *Sathya Oum*
                                SATHYA OUM
                                Special Assistant United States Attorney

                                Attorneys for Defendant


ORDER

Pursuant to stipulation, it is so ordered.

Dated: January 25, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE