PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel
SATHYA OUM
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4846
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| V LORRAINE MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-CV-2068-WBS-CKD<br><br>MOTION FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

    Defendant, the Commissioner of Social Security (the "Commissioner"), moves for a fourteen (14) day extension of time to file her opposition to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    Defendant's response to Plaintiff's opening brief is currently due March 25, 2022. Defendant has previously requested an extension of time for this deadline.

    2.    The parties are currently still negotiating the terms of a possible settlement agreement. Attorney for Defendant requires additional time to confer with her client, the Appeals Council, over the terms of this agreement. In the event that the parties cannot come to an agreement, the undersigned attorney will require this additional time to prepare an opposition to

Plaintiff's Motion for Summary Judgment.

3. Counsel for Plaintiff has consented to a 14-day extension.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until April 8, 2022, to file her opposition to Plaintiff's opening brief.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATE: March 25, 2022        By   *s/ Sathya Oum*
SATHYA OUM
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to stipulation, it is so ordered.

Dated: March 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE