UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. LORRAINE MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:20-cv-02068 WBS CKD (SS)<br><br><br><u>ORDER</u> |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability and disability insurance benefits ("DIB") under Title II of the Social Security Act ("Act"). On June 17, 2022, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

For the reasons stated herein, IT IS HEREBY ORDERED that:

1. The findings and recommendations of June 17, 2022 are adopted in full;

2. Plaintiff's motion for summary judgment (ECF No. 13) is granted, but denied as to remedy;

1

1    3. The Commissioner's cross-motion to remand (ECF No. 18) is granted;

2    4. Judgment is entered for the Plaintiff; and

3    5. The Clerk of Court shall close this case.

Dated: July 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2/martinez2068.ssi.jo